In the Matter of TEDDY MOORE, Petitioner, v NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT, Respondent. [42 NYS3d 819]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Renwick, J.P., Andrias, Saxe and Gische, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR CAPELLAN, Appellant. [42 NYS3d 819]—

Order, Supreme Court, Bronx County (Patricia DiMango, J.), entered December 10, 2013, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court's discretionary upward departure was based on clear and convincing evidence of aggravating factors to a degree not taken into account by the risk assessment instrument (*see e.g. People v Sherard*, 73 AD3d 537 [1st Dept 2010], *lv denied* 15 NY3d 707 [2010]). Contrary to defendant's argument, the court did not rely solely on defendant's psychiatric illness. Instead, it cited a combination of serious aggravating factors indicative of a grave risk of reoffense, including defendant's threat to the victim of the underlying crime and his boast that he had committed other sex crimes and would continue to commit them. Defendant's argument regarding an alleged overassessment of points under one of the risk factors is unavailing. Concur—Mazzarelli, J.P., Sweeny, Richter, Manzanet-Daniels and Feinman, JJ.